CLARA SADOFF, Respondent, v. SAMUEL MORGENSTEIN and Others, Appellants,

and MAX BERG, Defendant.— Order granting motion for injunction *pendente lite*, and order denying motion for reargument, affirmed, with ten dollars costs and disbursements.   No opinion.   Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.